

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S MOTION FOR REHEARING

Appellate case name:          Ann Douglas Aase v. Buckley Madole, P.C.

Appellate case number:    01-18-00306-CV

Trial court case number:  2017-33659-A

Trial court:                          127th District Court of Harris County

     Appellant's motion for rehearing is denied.


Judge's signature: */s/ Richard Hightower*
                       Acting for the Court

Panel consist of Justices Kelly, Hightower, and Countiss


Date: <u>December 5, 2019</u>